**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6650**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KIRBY PATRICK BRAXTON,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Fox, Senior District Judge. (4:05-cr-00105-F-1)

Submitted: July 31, 2008          Decided: August 11, 2008

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kirby Patrick Braxton, Appellant Pro Se. Rudolf A. Renfer, Jr., Stephen Aubrey West, Assistant United States Attorneys, Ethan Ainsworth Ontjes, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kirby Patrick Braxton appeals the district court's order denying his Motion to Modify Payment Schedule. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Braxton</u>, No. 4:05-cr-00105-F-1 (E.D.N.C. Apr. 7, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>